UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PATRICK SOLOMON,            )
                            )
          Plaintiff,        )
                            )        **JUDGMENT IN A CIVIL CASE**
v.                          )        **CASE NO. 5:18-cv-390-D**
                            )
C.I.A.,                     )
                            )
          Defendant.        )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 4]. In sum, Solomon's application to proceed in forma pauperis [D.E. 1] is GRANTED and Solomon's complaint is DISMISSED as frivolous.

**This Judgment Filed and Entered on December 27, 2018, and Copies To:**

Patrick Solomon                         (Sent to 3984 Neeley St. Raleigh NC 27606 via US Mail)

DATE:                                   PETER A. MOORE, JR., CLERK

December 27, 2018                       (By) /s/ Nicole Sellers
                                         Deputy Clerk